IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAWN R. BELLMAN, et al.,

    Plaintiffs,

  v.

ASTRAZENECA PHARMACEUTICALS, et al.,

    Defendants.
    _____/

No. C-06-0552 CW

ORDER DENYING MOTION FOR ADMINISTRATIVE RELIEF

    On July 14, 2006, Plaintiffs filed a Motion for Administrative Relief: Omnibus Request for Orders Approving Dismissal Without Prejudice; Defendants AstraZenecca Pharmaceuticals LP and AstraZenecca LP oppose the motion. The Court previously issued an Order Temporarily Staying Action in which all further proceedings in this case are stayed pending transfer of the case by the Judicial Panel on Multidistrict Litigation (MDL) for consolidated pretrial proceedings. Accordingly,

    IT IS HEREBY ORDERED that Plaintiffs' motion for administrative relief to dismiss the above-captioned case without prejudice is denied without prejudice to refiling in the District Court to which the case is transferred by the MDL.

Dated: 7/25/06

*/s/ Claudia Wilken*
_____
CLAUDIA WILKEN
United States District Judge